UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JUAN D. VEGA, JR.,<br><br>        Defendant(s). | NO. CR04-413MJP<br><br>ORDER ON MOTION FOR PRODUCTION OF SENTENCING TRANSCRIPT |

The above-entitled Court, having received and reviewed Appellant'S Motion for Production of Sentencing Transcript at Government's Expense (Dkt. No. 109), and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is GRANTED; a transcript of Defendant's sentencing, held before this Court on February 3, 2006, is ordered produced and provided to Defendant, and the cost of that transcript will be reimbursed by the Clerk of the Court in light of Defendant's *in forma pauperis* status.

The clerk is directed to provide copies of this order to all counsel of record and to Court Reporter Susan Zielie.

Dated: October _17___, 2007

                                                  Marsha J. Pechman
                                                  U.S. District Judge

**ORD ON MTN FOR TRANSCRIPT - 1**